Reuben D. Nathan, Esq. (SBN 208436)
Email: *rnathan@nathanlawpractice.com*
NATHAN & ASSOCIATES, APC
600 W. Broadway, Suite 700
San Diego, California 92101
Tel:(619) 272-7014
Facsimile:(619) 330-1819

Ross Cornell, Esq., APC (SBN 210413)
Email: *ross.law@me.com*
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Phone: (562) 612-1708
Facsimile: (562) 394-9556

Attorneys for Plaintiff
KENNETH HARRISON and the Proposed Class

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HARRISON, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC.; GNC HOLDINGS, INC. and DOES 1 through 25, inclusive.<br><br>Defendants. | Case No: 3:16-cv-03086-AJB-WVG<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>Judge: Anthony J. Battaglia<br>Date Case Filed: 12/23/2016 |

1

**PLAINTIFF'S NOTICE OF RELATED CASES**

TO THE HONORABLE U.S. DISRICT COURT, TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

COMES NOW Plaintiff, KENNETH HARRISON ("Plaintiff"), pursuant to L.R. 40.1(f), and submits the following NOTICE OF RELATED CASES. Plaintiff, through the undersigned counsel of record, for his Notice of Related Cases, states:

1. On December 23, 2016, Plaintiff commenced this action alleging unfair business practices and related causes of action arising from the Defendants' alleged unfair sale price advertisements and misleading pricing scheme (the "Claims").

2. On April 22, 2016, Jenna Kasorkis commenced an action entitled *Kasorkis v. General Nutrition Centers, Inc., et al.* USDC Case No. 3:16-cv-990-WQH-JLB in the U.S. District Court for the Southern District of California (the "Kasorkis Matter").

3. The Local Rules provide where, as here, actions are related, counsel must promptly file and serve on all known parties to each related action or proceeding a notice of related case, stating the title, number and filing date of each action or proceeding believed to be related, together with a brief statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial efforts and other economies.

4. Local Rule 40.1(g) states that an action or proceeding is related to another action or proceeding where both of them involve some of the same parties and are based on the same or similar claims, or involve the same property, transaction, patent, trademark, or event, or involve substantially the same facts and the same questions of law.

5. Plaintiff believes this action to be related to the Kasorkis Matter insofar as the claims in both actions are similar, both arise from the same alleged conduct by the same defendants, because the relief sought on behalf of the classes alleged in both

matters is substantially similar, and because both involve substantially the same facts and the same questions of law.  Accordingly, relating this matter to the Kasorkis Matter is likely to effect a saving of judicial efforts and other economies and is otherwise proper.

Dated: January 25, 2017        **LAW OFFICES OF ROSS CORNELL, APC**

                    By:   /s/ Ross Cornell
                          Ross Cornell,
                          Attorneys for Plaintiff,
                          KENNETH HARRISON
                          and the Proposed Class

3

**PLAINTIFF'S NOTICE OF RELATED CASES**

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 111 W. Ocean Blvd., Suite 400 in Long Beach, CA 90802.

On January 25, 2017, I served the following document described as:

## PLAINTIFF'S NOTICE OF RELATED CASES

by serving a true copy of the above-described document in the following manner:

## BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF: user constitutes consent to electronic service through the court's transmission facilities. Under said practice, all parties to this case have been served electronically.

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2017, at Long Beach, California.

                                            /s/ Ross Cornell