# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kenneth Harrison

                          Plaintiff,

V.

General Nutrition Centers, Inc. et al.

                          Defendant.

Case No. 16-cv-3086-AJB-WVG

REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

FILED 17 FEB -7 PM 12:07 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low-Numbered Case No.:   16-cv-0990-WQH-AGS

      Title:   Kaskorkis v. General Nutrition Centers, Inc. et al

      Nature of Case:   370 Other Fraud

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☐ | (6) | for other reasons would entail unnecessay duplication of labor if heard by different judges. |

**New Case #:**   16-cv-3086-WQH-AGS

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   1/25/17              By: s/ A. Corsello

                                                    A. Corsello, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   2/7/17

                                                    William Q. Hayes
                                           United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge William Q. Hayes and Magistrate Judge Andrew G. Schopler for all further proceedings.

Dated:   2/3/17

                                                    Anthony J. Battaglia
                                           United States District Judge