1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10

KENNETH HARRISON, an individual
on behalf of all others similarly
situated,

Plaintiff,

vs.

GENERAL NUTRITION CENTERS,
INC., GNC HOLDINGS, INC. and
DOES 1 through 25, inclusive,

Defendants.

Case No. **3:16-cv-03086**

JUDGE: WILLIAM Q. HAYES
FILED: DECEMBER 23, 2016

**ORDER GRANTING JOINT
MOTION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
FIRST AMENDED COMPLAINT**

20
21
22
23
24
25
26
27
28

1

1    Having considered the Joint Motion of Plaintiff Kenneth Harrison ("Plaintiff")

2 and Defendants General Nutrition Centers, Inc. and GNC Holdings, Inc.

3 ("Defendants"), and good cause appearing therefor, IT IS HEREBY ORDERED that:

4    The date for Defendants to respond to Plaintiff's Complaint (currently

5 February 13, 2017) shall be extended by forty-five (45) days to March 30, 2017.

6 Dated:  February 13, 2017

_____
Hon. William Q. Hayes
United States District Court

ORDER GRANTING JOINT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT