# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HARRISON, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL NUTRITION CENTERS, INC., GNC HOLDINGS, INC.,<br><br>Defendants. | Case No. 3:16-cv-03086-WQH-AGS<br><br>JUDGE: William Q. Hayes<br><br>**ORDER** |

Pursuant to the joint request of the parties (ECF No. 41), this action is stayed until May 29, 2019. On or before May 29, 2019, the parties shall file a status report regarding the filing of a Settlement and Motion for Preliminary Approval.

IT IS SO ORDERED.

Dated: May 17, 2019

Hon. William Q. Hayes
United States District Court

- 1 -

(3:16-CV-03086-WQH-AGS)